

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2014

No. 04-14-00565-CR

Rodolfo Martinez **SALINAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2009-CRP-000403-D1
Honorable Elma T. Salinas-Ender, Judge Presiding

## O R D E R

The reporter's record was originally due on August 18, 2014. On August 26, 2014, Jessica Ramirez, a court reporter responsible for filing a portion of the reporter's record in this appeal, filed a notification of late record. On the same day, we granted Ms. Ramirez's request for an extension of time to file the reporter's record to September 17, 2014. However, as of the date of this order, Ms. Ramirez has not filed a second notification of late record, nor has she filed the reporter's record.

We, therefore, ORDER Jessica Ramirez to file the reporter's record no later than **October 29, 2014**. If the reporter's record is not received by such date, an order may be issued directing Ms. Ramirez to appear and show cause why she should not be held in contempt for failing to file the reporter's record.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2014.

Keith E. Hottle
Clerk of Court